IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

MARISOL SCREEN,

    Plaintiff,

v.      CV 116-022

AJ SERVICES JOINT VENTURE I, LLP,

    Defendant.

## ORDER

Presently before the Court is the parties' Notice of Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 22.) Accordingly, this matter shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of November, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA